ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :      INFORMATION

       - v. -                :      08 Cr. 208

NICOLE FORTUNATO,                 :

       Defendant.            :

- - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

1. From at least in or about December 2006 through in or about April 2007, in the Southern District of New York and elsewhere, NICOLE FORTUNATO, the defendant, unlawfully, willfully, and knowingly did issue any money order and postal note without having previously received or paid the full amount of money payable therefor, with the purpose of fraudulently obtaining and receiving, and fraudulently enabling any other person, directly and indirectly, to obtain and receive from the United States and Postal Service, and any officer, employee, and agent thereof, any sum of money whatever, to wit, FORTUNATO issued money orders without having received or paid any amount of money therefor, and thereafter obtained and enabled others to

obtain money from the Postal Service by cashing those money orders.

        (Title 18, United States Code, Section 500.)

                                  */s/ Michael J. Garcia*
                              MICHAEL J. GARCIA
                              United States Attorney