*UNITED STATES DISTRICT COURT*

FOR THE

SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,          :

v.                                 :

NICOLE FORTUNATO,                  :          08 Cr. 208

       Defendant.              :

X - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NICOLE FORTUNATO, the above-named defendant, who is accused of violating Title 18, United States Code, Section 500, having been advised of the nature of the charge and of her rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant.

Date:   White Plains, New York
March 12, 2008