UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

NICOLE FORTUNATO,

    Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**
**08 Cr. 0208**

TO:   Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

       Respectfully submitted,

       MICHAEL J. GARCIA
       United States Attorney for the
       Southern District of New York

By:   /s/ Sarah R. Krissoff
      Sarah R. Krissoff
      Assistant United States Attorney
      (914) 993-1928
      Sarah.Krissoff@usdoj.gov