UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

ORDER ACCEPTING PLEA ALLOCUTION

08 Cr. 208 (SCR)

v.

Nicole Fortunato,

---

ROBINSON, J.

The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated March 12, 2008, is approved and accepted.

The Clerk of the court is directed to enter the plea.

Date: *April 17, 2008*

SO ORDERED:

*[signature]*

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE